HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
THOMAS R. ROLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.:  1:14-mj-00004 SAB-1 |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| vs. | ) ) | |
| THOMAS R. ROLAND, | ) ) | |
| Defendant. | ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the trial in the above matter now scheduled for April 3, 2014, may be continued to April 10, 2014, at 9:00 a.m.

   The reason for the requested continuance is that a witness for the defense will be out of the country on April 3, 2014.  The government does not object to this request.

                                                                Respectfully submitted,

                                                                BENJAMIN B. WAGNER
                                                                United States Attorney

Dated:  January 22, 2014             /s/ *Elliott Montgomery*
                                                                ELLIOTT MONTGOMERY
                                                                Special Assistant U.S. Attorney
                                                                Attorney for Plaintiff

 / / /

 / / /

1 | HEATHER E. WILLIAMS
2 | Federal Defender

3 | Dated: January 22, 2014          /s/ *Andras Farkas*
4 |                                  ANDRAS FARKAS
                                     Assistant Federal Defender
                                     Attorneys for Defendant
5 |                                  THOMAS R. ROLAND

**O R D E R**

IT IS SO ORDERED.

Dated: **January 23, 2014**

UNITED STATES MAGISTRATE JUDGE

-2-