BENJAMIN B. WAGNER
United States Attorney
ELLIOTT C. MONTGOMERY
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>THOMAS R. ROLAND,<br><br>            Defendant. | CASE NO. 1:14-MJ-00004-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Elliott C. Montgomery, Special Assistant United States Attorney, hereby moves to dismiss the Information in the above captioned case, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 4, 2014                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By:   /s/ Elliott C. Montgomery
                                        Elliott C. Montgomery
                                        Special Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Information against Thomas R. Roland in the case numbered 1:14-mj-00004-SAB-1 be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **March 4, 2014**

UNITED STATES MAGISTRATE JUDGE